568

121 A.3d 955

ROBINSON TOWNSHIP, Washington County, Pennsylvania, Brian Coppola, Individually and In His Official Capacity as Supervisor of Robinson Township, Township of Nockamixon, Bucks County, Pennsylvania, Township of South Fayette, Allegheny County, Pennsylvania, Peters Township, Washington County, Pennsylvania, David M. Ball, Individually and In His Official Capacity as Councilman of Peters Township, Township of Cecil, Washington County, Pennsylvania, Mount Pleasant Township, Washington County, Pennsylvania, Borough of Yardley, Bucks County, Pennsylvania, Delaware Riverkeeper Network, Maya Van Rossum, the Delaware Riverkeeper, Mehernosh Khan, M.D.

v.

COMMONWEALTH of Pennsylvania, Pennsylvania Public Utility Commission, Gladys M. Brown, In Her Official Capacity as Chairman of the Public Utility Commission, Office of the Attorney General of Pennsylvania, Kathleen Kane, In Her Official Capacity as Attorney General of the Commonwealth of Pennsylvania, Pennsylvania Department of Environmental Protection and John Quigley, In His Official Capacity as Secretary of the Department of Environmental Protection.

Petition of Pennsylvania Independent Oil & Gas Association, Possible Intervenor.

No. 89 MM 2015.

Supreme Court of Pennsylvania.

Aug. 20, 2015.

## *ORDER*

PER CURIAM.

AND NOW, this 20th day of August, 2015, the Application to Intervene to Enforce the Judgment of the Supreme Court of Pennsylvania is **DENIED.**

Justice STEVENS did not participate in the consideration or decision of this matter.